No. 1036. ESTATE OF ROGERS ET AL. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. John W. Drye, Jr.* for petitioners. *Solicitor General Fahy* for respondent.

No. 1039. J. I. CASE CO. *v.* NATIONAL LABOR RELATIONS BOARD. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. Clark M. Robertson, John C. Gall,* and *Ben T. Reidy* for petitioner. *Solicitor General Fahy, Messrs. Robert L. Stern, Robert B. Watts, Ernest A. Gross,* and *Miss Ruth Weyand* for respondent.

No. 1064. PREBYL *v.* PRUDENTIAL INSURANCE CO. ET AL. See *ante,* p. 208.

No. 1035. MILLER, DOING BUSINESS AS MILLER MOTOR FREIGHT SERVICE, ET AL. *v.* BATES. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. I. Nathaniel Treblow* for petitioners. *Mr. David Vorhaus* for respondent.

No. 1040. DAVIS *v.* MASSACHUSETTS. June 21, 1943. Petition for writ of certiorari to the Supreme Court of Texas denied. *Messrs. Dan Moody* and *W. L. Matthews*

for petitioner. *Mr. Benjamin Albert Greathouse* for respondent.

No. 1045. First National Benefit Society *v.* Stuart, Collector of Internal Revenue. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Allan K. Perry* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Samuel H. Levy,* and *Paul R. Russell* for respondent.

No. 1046. Durable Toy & Novelty Corp. *v.* J. Chein & Co., Inc., et al. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John P. Chandler* for petitioner.

No. 1049. Nikolas et al. *v.* Witter. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Walter E. Wiles* and *Harry G. Hershenson* for petitioners. *Mr. Hymen S. Gratch* for respondent.

No. 1050. Order of United Commercial Travelers *v.* Moore. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Harry L. Greene* and *E. W. Dillon* for petitioner. *Mr. Welborn B. Cody* for respondent.

No. 1054. Greco *v.* United States. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frederic M. P.*